### No. 471

No. 21218—National Life and Accident Insurance Company v. Lillie Ray. Error to the Court of Appeals of Lucas County.

723. LIFE INSURANCE — Revivor of lapsed policy, under conditions of policy in this case, not effective by payment of arrears alone.

KINKADE, J.

When a life insurance policy provides as to

lapsed policies: "Should this policy become void in consequence of non-payment of premium, it may be revived, if not more than fifty-two premiums are due, upon payment of all arrears and the presentation of evidence satisfactory to the company of the sound health of the insured", the payment alone of the premiums in arrears, after the policy has lapsed, to an agent or collector forbidden by the policy to receive the same, will not effect a revivor of such lapsed policy.

Judgment reversed.

Marshall, CJ., Day, Allen, Robinson, Jones and Matthias, JJ., concur.